# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 851 - 4 | DATE | 12/21/2007 |
| CASE TITLE | United States of America vs. Javier Garcia | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/21/07. Defendant informed of rights. The defendant waives preliminary examination. The Court enters a finding of probable cause; the defendant is ordered bound to the U.S. District Court for further proceedings. By agreement of the parties, the defendant is released on a $250,000.00 secured bond. The defendant is to post the security by 12/26/07. The defendant is to be released instanter, but is to return to be processed by the U.S. Marshall by 12/27/07.

■ [ For further detail see separate order(s).]                    Docketing to mail notices.

00:20