U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 07-CR-0851-4
United States of America v.
Javier Garcia, a/k/a "Javi"

FILED
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Javier Garcia, a/k/a "Javi"

FILED
DEC 21 2007
Magistrate Judge Sidney I. Schenkier
United States District Court

| NAME (Type or print) |
| --- |
| Daniel E. Radakovich |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Daniel E. Radakovich |

| FIRM |
| --- |
| Law Office of Daniel E. Radakovich |

| STREET ADDRESS |
| --- |
| 900 West Jackson Blvd., Suite 5-East |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2274272 | 312/733-5116 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ |