*MHN*

KC **FILED**

JAN 8-2008

JAN 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 07-CR-851 |
| Vs. | ) | |
| | ) | Honorable Sidney I. Schenkier |
| | ) | Judge Presiding. |
| JAVIER GARCIA, | ) | |
| Defendant. | ) | |

To:    Mr, Mark E. Schneider A.U.S.A.
       United States Attorney's Office
       219 S. Dearborn 5th Floor
       Chicago, IL 60604

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on Tuesday, January 8, 2008, I caused to be filed with

the Clerk of the United States Court for the Northern District of Illinois at

219 N. Dearborn, Chicago, Illinois, this Notice together with the attached pleading to wit:

1.     **Motion for Substitution of Attorneys.**

Copies are hereby served upon you.

## CERTIFICATE OF SERVICE

I, Joseph R. Lopez, an attorney, does certify and on oath state that on Tuesday, January 8, 2008, I

caused to be served upon the above-addressed this Notice together with the attached pleadings

via electronically on or before 4:30 p.m.

Joseph R. Lopez

Joseph R. Lopez
Attorney No. 6186562
53 W. Jackson Suite 1122
Chicago, IL 60604



KC

**FILED**

JAN 0 8 2008
JAN 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA,    )
      Plaintiff,         )
                      )    07-CR-851
                      )
      Vs.             )
                      )    Honorable Sidney I. Schenkier
                      )    Magistrate Judge
JAVIER GARCIA,         )
      Defendant.     )

## AGREED MOTION FOR SUBSTITUTION OF ATTORNEYS

NOW COMES the defendant, JAVIER GARCIA, by and through his substituted

attorney, JOSEPH R. LOPEZ, and moves this Honorable Court to allow JOSEPH R. LOPEZ

leave to file his appearance and DANIEL E. RADAKOVICH leave to withdraw her appearance

of record;

I, Daniel E. Radakovich hereby withdraw my appearance of record for Javier Garcia.

_____
Daniel E. Radakovich

I, Joseph R. Lopez hereby file my appearance of record on behalf of Javier Garcia.

_____
Joseph R. Lopez

I, Javier Garcia hereby consent to the substitution of attorney Daniel E. Radakovich.

_____
Javier Garcia

JOSEPH R. LOPEZ
Attorney No. 6186562
53 W. JACKSON BLVD
SUITE 1122
CHICAGO, IL 60604
(312) 922-2001