# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 1 | **DATE** | 1/9/2008 |
| **CASE TITLE** | United States of America vs. Javier Garcia | | |

**DOCKET ENTRY TEXT**

Agreed motion by defendant Javier Garcia for substitution of attorneys is GRANTED. Joseph R. Lopez is given leave to appear of record for Mr. Garcia; Daniel E. Radakovich is given leave to withdraw as counsel of record for Mr. Garcia.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|