UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>JAVIER GARCIA, )<br>Defendant. ) | 07-CR-851<br><br>Honorable Sidney I. Schenkier<br>Judge Presiding. |

FILED
JAN - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:   Mr. Mark E. Schneider A.U.S.A.
      United States Attorney's Office
      219 S. Dearborn 5th Floor
      Chicago, IL 60604

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on Monday, January 7, 2008, I caused to be filed with the Clerk of the United States Court for the Northern District of Illinois at 219 N. Dearborn, Chicago, Illinois, this Notice together with the attached pleading to wit:

1.   **APPEARANCE FOR JAVIER GARCIA.**

Copies are hereby served upon you.

## CERTIFICATE OF SERVICE

I, Joseph R. Lopez, an attorney, does certify and on oath state that on Monday, January 7, 2008, I caused to be served upon the above-addressed this Notice together with the attached pleadings via electronically on or before 4:30 p.m.

                                            Joseph R. Lopez

Joseph R. Lopez
Attorney No. 6186562
53 W. Jackson Suite 1122
Chicago, IL 60604

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07-CR-851

UNITED STATES OF AMERICA

V.

JAVIER GARCIA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAVIER GARCIA

| NAME (Type or print) |
| --- |
| Joseph R. Lopez |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| Joseph R. Lopez LTD. |
| STREET ADDRESS |
| 53 W. Jackson Blvd. Suite 1122 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6186562 | 312-922-2001 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐

FILED
JAN - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT