AO 442 (Rev. 12/85) Warrant for Arrest

MHN

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JAVIER GARCIA

**WARRANT FOR ARREST**

CASE NUMBER: 07CR 08514

FILED JAN 11 2008 1-11-08 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Javier Garcia

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment　☐ Information　☒ Complaint　☐ Order of court　☐ Violation Notice　☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of five hundred grams of mixtures and substances containing cocaine, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21 United States Code, Section(s) 846; and Title 18, USC, Section 2.

Sidney I. Schenkier
Name of Issuing Officer

[signature]
Signature of Officer

U.S. Magistrate Judge
Title of Issuing Officer

12/19/2007　Chicago, Illinois
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 3706 S. PAULINA, CHICAGO, IL.

DATE RECEIVED: 12/19/07
DATE OF ARREST: 12/20/07
NAME AND TITLE OF ARRESTING OFFICER: SA Lou GADE
SIGNATURE OF ARRESTING OFFICER: [signature]