Minute Order Form (rev. 4/99)

06 GJ 0808   NF

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0851 | DATE | MARCH 18, 2008 |
| CASE TITLE | US v. FRANCISCO MENDEZ-NUNEZ, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL FEBRUARY 2008-1**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before MAGISTRATE JUDGE KEYS

Judge or Magistrate Judge

Docket Entry:

### MAGISTRATE JUDGE SCHENKIER

NO BOND SET, DETAINED BY MAGISTRATE AS TO FRANCISCO MENDEZ-NUNEZ, SALVADOR GARCIA, and JUAN DURAN. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO FRANCISCO MENDEZ, JR., JAVIER GARCIA, FRANCISCO SOTO, OSCAR ANDRADE, VICTOR VELAZQUEZ, and DON McNISH.

JUDGE GETTLEMAN

**FILED**
MAR 18 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | |
|---|---|---|
| No notices required, advised in open court. | | Number of notices |
| No notices required. | | Date docketed |
| Notices mailed by judge's staff. | | Docketing dpty. initials |
| Notified counsel by telephone. | | Date mailed notice |
| Docketing to mail notices | | |
| Mail AO 450 form. | | Mailing cpty. initials |
| Copy to judge/magistrate judge. | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | |

DOCKET#