**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>         Plaintiff, )<br>                                        )<br>v.                                   )<br>                                        )<br>**JAVIER GARCIA,**              )<br>         Defendant.          ) | **07-CR-851**<br><br>**Honorable Robert W. Gettleman**<br>**Judge Presiding.** |

### MOTION TO MODIFY CONDITIONS OF BAIL

Now Comes the Defendant JAVIER GARCIA, by and through his attorney JOSEPH R. LOPEZ, and hereby moves this Honorable Court to Modify the Conditions of Bail, and in support thereof states as follow:

1. At the current time the Defendant is subjected to electronic monitoring.

2. Counsel for the Defendant spoke to Pace Morrison in regard to the removal of the electronic monitoring ankle bracelet. Mr. Pace Morrison informed counsel that he has no objection to the Defendant being removed from electronic monitoring.

3. The Defendant attends classes at Daley College. Additionally, the Defendant has two minor children. The electronic monitoring interferes with the Defendant's ability to bring his children to and from school and social events.

4. The defendant is not a flight risk.

5. It would be in the best interest of justice to remove the Defendant from electronic monitoring.

WHEREFORE the Defendant Respectfully Requests that this Court Enter an Order Removing the Electronic Monitor.

Respectfully submitted,

S/Joseph R. Lopez

Joseph R. Lopez
Attorney No. 6186562
53 W. Jackson Blvd.
Suite 1122
Chicago, IL 60604
(312) 922 2001

## **CERTIFICATE OF SERVICE**

I, Joseph R. Lopez, an attorney for Defendant Javier Garcia, hereby certify that on Monday the 14th day of April, 2008, I filed the above-described document(s) on the CM/ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

Respectfully Submitted,

_____
Joseph R. Lopez

Joseph R. Lopez
Attorney No. 6186562
53 W. Jackson Blvd.
Suite 1122
Chicago, IL 60604
(312) 922-2001