UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 07 CR 851 |
| | ) | |
| FRANCISCO MENDEZ-NUNEZ, et al. | ) | Hon. Robert W. Gettleman |

## ATTORNEY SUBSTITUTION

Please take notice that Assistant United States Attorney Mark Schneider is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Meghan C. Morrissey
      MEGHAN C. MORRISSEY
      Assistant United States Attorney
      219 South Dearborn Street, Room 500
      Chicago, Illinois 60604
      (312) 353-4045

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY SUBSTITUTION

was served pursuant to the district court's ECF system as to all ECF filers, on April 23, 2008:

      s/Meghan C. Morrissey
      MEGHAN C. MORRISSEY
      Assistant United States Attorney
      219 South Dearborn Street, Room 500
      Chicago, Illinois 60604
      (312) 353-4045